UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY S. CRUTCHFIELD,<br><br>            Plaintiff,<br><br>     vs.<br><br>LARRY TAYLOR, JOHN HODGES, JORGE GARCIA, and BENTON COUNTY,<br><br>            Defendants. | NO.  CV-05-5024-JMF<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

By Order filed March 17, 2005, the court directed Mr. Crutchfield to either pay the full filing fee for this action or to remit a completed (and unaltered) Declaration and Application to Proceed *in Forma Pauperis*, along with a six month statement of his account. *See* 28 U.S.C. § 1915(a).  Mr. Crutchfield did not comply and has filed nothing further in this action.

Accordingly, for the reasons set forth above and in the court's previous Order, **IT IS ORDERED** this action is **DISMISSED without prejudice** to Plaintiff filing his claims in a new and separate action in the future.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his

ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR
FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 1

last known address, and close the file.

**DATED** this    13th    day of April 2005.


     s/ James M. Fitzgerald
     JAMES M. FITZGERALD
    UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR
FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 2